No. 81–1889. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK *v.* MID-LOUISIANA GAS CO. ET AL.;
No. 81–1958. ARIZONA ELECTRIC POWER COOPERATIVE, INC. *v.* MID-LOUISIANA GAS CO. ET AL.;
No. 81–2042. MICHIGAN *v.* MID-LOUISIANA GAS CO. ET AL.; and
No. 82–19. FEDERAL ENERGY REGULATORY COMMISSION *v.* MID-LOUISIANA GAS CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 820.] Motion of Edmund G.

Brown, Jr., Governor of California, for leave to file a brief as *amicus curiae* granted.